UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MUSA B. ALIU, on behalf of himself
And all others similarly situated,

                                        RULE 7.1 DISCLOSURE

       Plaintiff(s),

  -against-                           08 Civ 4727
                                          (Lynch, J)

RUBIN & ROTHMAN, LLC,

       Defendant(s).

------------------------------------------x

      Defendant, RUBIN & ROTHMAN, LLC, by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: July 29, 2008

_____
MEL S. HARRIS AND ASSOCIATES LLC
By: Arthur Sanders (as1210)
Attorneys for defendant
5 Hanover Square, 8th Floor
New York, NY  10004
212-660-1050